2:07-mc-00089     Date Filed 10/02/07     Entry Number 1-1     Page 1 of 3

Case 2:05-cv-05895-JAP-MCA   Document 6   Filed 05/16/2006   Page 2 of 7
Case 2:05-cv-05895-JAP-MCA   Document 4   Filed 04/12/2006   Page 1 of 3

CL

PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
Attorneys for Plaintiff
Days Inns Worldwide, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA, INC., a Delaware Corporation, | HONORABLE JOEL A. PISANO<br>Civil Action No. 05-5895 (JAP) |
| Plaintiff, | **FINAL JUDGMENT BY DEFAULT** |
| v. | |
| AMIT PATEL, an Individual, | |
| Defendant. | |

This matter having been opened to the Court by way of motion filed by plaintiff Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Pitney Hardin LLP (Dennis R. LaFiura, appearing), seeking the entry of final judgment by default against defendant

1390443A01033006

Amit Patel ("Defendant") pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 22, 2005, seeking damages as a result of the premature termination and breach of a license agreement between DIW and Defendant; and service of a copy of the Summons and Complaint having been effectuated with respect to Defendant by personally serving him at 449 Lazy Hill Road, Moncks Corner, South Carolina on January 7, 2006; and the time for Defendant to answer or otherwise respond to the Complaint having expired; and Defendant having failed to interpose an Answer to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendant on February 10, 2006, for Defendant's failure to plead or otherwise defend in this action; and DIW having provided Defendant with notice of the motion for default judgment; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __4th__ day of __May__, 2006,

**ORDERED, ADJUDGED AND DECREED**, that DIW have final judgment against Amit Patel in the total amount of $~~429,869.06~~ 429,411.52, comprised of the following:

a) $~~51,767.65~~ 51,724.61 for Recurring Fees (principal plus prejudgment interest through May 8, 2006);

-2-

Case 2:05-cv-05895-JAP-MCA     Document 6     Filed 05/16/2006     Page 6 of 7
Case 2:05-cv-05895-JAP-MCA     Document 4     Filed 04/12/2006     Page 3 of 3

b) $~~321,117.64~~ 320,723.12 for liquidated damages (principal plus prejudgment interest through May 8, 2006);

c) $51,350.82 for Lanham Act damages (for the seven-month period of infringement from November 27, 2002 through June 22, 2003); and

d) $5,612.97 for attorneys' fees and costs; and it is further

**ORDERED, ADJUDGED AND DECREED**, that beyond the date of this Order, prejudgment interest will continue to accrue until the Judgment is paid in full, at the rate established by law; and it is further

**ORDERED** that, upon entry of this Final Judgment, the Second, Fourth and Sixth Counts of the Complaint shall be dismissed with prejudice.

_____
HONORABLE JOEL A. PISANO, U.S.D.J.

Certified as a true copy on
This Date: 6-28-06
By: [signature]    Clerk

-3-